Commonwealth ex rel. Black, Appellant, v.
Myers.

Submitted November 9, 1965. Before Bell, C. J.,
Musmanno, Jones, Eagen, O'Brien and Roberts, JJ.

*Lloyd Black,* appellant, in propria persona.

*Gordon Gelfond* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

OPINION PER CURIAM, March 22, 1966:
Order affirmed.